# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICHARD GILLIAM                                                                  PLAINTIFF
#209415

V.                              No. 4:19CV00721-DPM-JTR

ROBERT LANIUS, Medical Head,
Lonoke County Jail, *et al.*                                                     DEFENDANTS

## ORDER

Defendants have filed a Motion to Consolidate this § 1983 case with *Gilliam v. Smith, et al.,* No. 4:20cv782-DPM-JTR. *Doc. 22.* Having reviewed both files, the Court finds that consolidation of the two cases is appropriate. Although the Defendants and time periods are different, both cases involve claims of deliberate indifference to Plaintiff Richard Gilliam's serious medical needs, with respect to his high blood pressure, during his incarceration at the Lonoke County Detention Facility. *See* Fed. R. Civ. P. 42(a)(2) (actions may be consolidated if they "involve a common question of law or fact").

Accordingly, Defendants' Motion to Consolidate is GRANTED. Case No. 4:19cv721-DPM-JTR will be the lead case. All future pleadings and papers are to be filed only in the lead case. The Court is directed to file a copy of this Order in Case No. 4:20cv782-DPM-JTR.

IT IS SO ORDERED this 13th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE