IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #177626

v.　　　　　　　　　　No. 4:20-cv-782-DPM

KEVIN SMITH, Jail Administrator, Lonoke
County Sheriff's Office; BURKES,
Deputy/Medical, Lonoke County Sheriff's
Office; DAKOTA SMITH, OIC, Lonoke
County Sheriff's Office; and MORRIS,
Deputy, Lonoke County Sheriff's Office　　　　　　　　　DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. This case was consolidated with *Gilliam v. Berryman*, 4:19-cv-721-DPM. *Doc. 18*. Earlier this year, the Court granted an agreed motion to dismiss filed in the lead case. *Doc. 26 & 27* in 4:19-cv-721-DPM. The motion also sought dismissal in this consolidated case, too. *Doc. 25-1 at 4*. The Court therefore grants the agreed motion as to this case. Gilliam's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

16 November 2021