IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM                                                           PLAINTIFF
ADC #177626

v.                              No. 4:20-cv-782-DPM

KEVIN SMITH, Jail Administrator, Lonoke
County Sheriff's Office; BURKES,
Deputy/Medical, Lonoke County Sheriff's
Office; DAKOTA SMITH, OIC, Lonoke
County Sheriff's Office; and MORRIS,
Deputy, Lonoke County Sheriff's Office                                   DEFENDANTS

JUDGMENT

Gilliam's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 November 2021